IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

KATHERINE R. WARREN                                                              PLAINTIFF

V.                      CASE NO. 1:19-CV-117-BSM

BRADLEY                                                                          DEFENDANT

## ORDER

After careful review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and this case is dismissed without prejudice. Katherine Warren's motion for leave to proceed *in forma pauperis* [Doc. No. 4] and motion for status update [Doc. No. 6] are denied as moot.

Warren failed to pay the filing fee or file a motion for leave to proceed *in forma pauperis* within thirty (30) days of the previous order [Doc. No. 2].

IT IS SO ORDERED, this 20th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE